IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY GRAVES,

    Petitioner,                     No. CIV S-09-0106 GGH P

    vs.

ANTHONY HEDGPETH,

    Respondent.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner challenges his 2002 conviction for assault, a gang enhancement and two prior conviction enhancements. Court records indicate that petitioner has previously filed a petition for writ of habeas corpus challenging the same conviction, CIV S-03-2607 GEB GGH

\\\\\

\\\\\

1

1 P.[1]  The court denied CIV S-03-2607 GEB GGH P on the merits.  Therefore, to proceed with the
instant successive petition, petitioner must obtain authorization from the Ninth Circuit Court of
Appeals.  28 U.S.C. § 2244(b).  Because petitioner has not obtained this authorization, this action
is dismissed.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner's application to proceed in forma pauperis is granted;

        2.  Petitioner's successive application for a writ of habeas corpus is dismissed.

DATED: January 20, 2009

                                                                    /s/ Gregory G. Hollows

                                                                   UNITED STATES MAGISTRATE JUDGE

gr106.dis

---

[1] A court may take judicial notice of court records.  See Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994); MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).